[No. 17485-9-III.    Division Three.    November 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY PATRICK WALSH, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-1-50380-8, Dennis D. Yule, J., entered April 15, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[Nos. 17685-1-III; 17686-0-III;    Division Three.    November 16, 1999.]
17687-8-III; 17688-6-III;
17689-4-III.

*In the Matter of the Dependency of* MANUELLA C., ET AL.

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 96-7-00085-9, 96-7-00086-7, 96-7-00087-5, 96-7-00088-3, and 96-7-00089-1, Robert L. Zagelow, J., entered June 25, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17783-1-III.    Division Three.    November 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY KAMAKA SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02668-8, Richard J. Schroeder, J., entered August 14, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 15057-7-III.    Division Three.    November 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A. ORANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50238-6, Duane E. Taber, J., entered July 11, 1995. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.